**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-2501

_____

TAMMY M. STONE,

Plaintiff - Appellant,

versus

DONNA KAY MURPHY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, District Judge.  (CA-03-2241-2)

_____

Submitted:  August 27, 2004          Decided:  October 21, 2004

_____

Before WIDENER, WILLIAMS, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tammy M. Stone, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy M. Stone appeals the district court's order accepting the recommendation of the magistrate judge denying her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Stone v. Murphy</u>, No. CA-03-2241-2 (S.D.W. Va. Nov. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>